## File Hashes for IP Address 69.133.112.46

**ISP:** Time Warner Cable
**Physical Location:** Englewood, OH

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/26/2014 03:35:44 | 3D03F96A8D947928CACB669C7ED7EED03EEC4017 | A Dream Of You |
| 09/26/2014 03:12:07 | 372784BFE4B0079698397A92B3BF24F05A42A2BE | Bedtime Hijinks |
| 09/26/2014 03:05:10 | CA4E1399682B696A2746ADD86B3D350F2D34931A | Taste Me |
| 09/26/2014 02:59:12 | BE684BCE129BDE8827B65645291D7B93F04675F2 | Tiffanys Tight Ass |
| 09/26/2014 02:59:01 | 5FC4E9DEEC4674C3330589667370CCC9E89498B0 | Shes A Spinner |
| 09/26/2014 02:50:56 | 5C5754B5C8331B230119E97332848690BD0EB76F | Our Little Cum Cottage |
| 09/24/2014 20:10:37 | FB135289FB3034B07A4D8721535BBF3425A9A814 | Snow White and the Prince |
| 09/24/2014 19:58:25 | 1390FF0BBB9D66CCE99CEC4F2B1D3404F0E730FA | Sparks |
| 08/15/2014 18:06:28 | 0D34B864233D7E416179E35DE58C8454EFE2FE67 | I Will See You In The Morning |
| 08/15/2014 17:50:05 | 8D2C71BBCC526E214853EB335EDBBDE2AF85FCDF | In for the Night |
| 08/15/2014 06:09:45 | 63FC12CDDF5DBE0304B7EBD6AC3B0435D01B358C | For Your Eyes Only |
| 07/17/2014 00:43:28 | DDFA609D8C015E81C098CC6EE83BE696E0145B58 | Love at First Sight |
| 07/09/2014 01:02:39 | 565A78A386960A72084EF772660604DDB4839692 | So Right Its Wrong |
| 07/08/2014 15:35:15 | 7B57F7F508E2C81157F2E6B1BDA170ABF8B36444 | A Blonde in my Bedroom |
| 07/04/2014 23:37:35 | B23B79E14FD033B7A94B03938FBCAB938A12458F | I Want You To Watch Me |
| 06/26/2014 02:44:17 | 714AFEF528228FEDC583BC93FF73CEC73E2B58F4 | Fashion Models |
| 06/25/2014 14:00:00 | 7C2DFB485915834309EFA4AB7585143F27B78048 | Fantasy Come True |
| 06/25/2014 13:30:31 | 01C0338251FCAA7E8E3B98B8B46EC068C2C181FD | Czech Beauties |
| 06/25/2014 13:16:25 | 6A194776BA9F8F7E1C3C641DF95144AF73C2A1C4 | Morning Desires |
| 06/25/2014 09:09:58 | 150B1EB2BA22A016C05E8E79C7600AC73B1A9983 | A Gift from Colette |
| 06/25/2014 02:51:44 | 1D6D0310DCAC9BFE62CEE13C6C79492F81E30AFF | Blindfold Me and Tie Me Up |
| 06/25/2014 01:55:57 | E37D530DBC10E6033C4A3B9D3F7BEDA349CAD5EB | Season of Love |

EXHIBIT A

SOH135

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/25/2014 00:43:35 | 1FFE03AC034F3F97F3B9D0B3B7F59580A38C0E05 | Secret Weapon |
| 06/25/2014 00:09:20 | 532AD5E47034156E92F93F4ABC0CD2434CAD0ABF | Blindfold Me Part #2 |
| 06/24/2014 23:17:16 | A116F9B14751F269A4275576C3B66FA326B10291 | Hot Orgasm |
| 06/24/2014 23:10:32 | DA63C2349BE26007FAA31F4ACF18A684890F264F | They Meet Again |
| 06/24/2014 22:44:43 | ACEB9F74D2241F303709A8F082143988C7AB382D | Miss You |
| 06/24/2014 22:30:29 | 5EDF14B202FD7ACF5FCD05B19B5AF531938CF712 | California Dreams |
| 06/24/2014 22:21:48 | ACDAEFDE2178B62CEC4D41D79580993E1E456571 | Raw Passion |
| 06/24/2014 21:36:29 | 8509160BE93C306916EB8CA39103EF79CF047AD4 | Meet Me in Madrid |
| 06/24/2014 04:54:23 | C51ECE93C9772D46F5CD94D903BC54303420487A | The Young and the Restless |
| 06/24/2014 04:48:37 | 07D2B5F0A3C56E400A6D71B8ABAE2AE7E7D4DED9 | Still With Me |
| 06/24/2014 04:23:46 | 73B1F1CB68302ED93E72A6A97FF3F8D80189ADE1 | Newlyweds |
| 06/24/2014 04:08:20 | F09E59860DED770DD0E80B5F5E39195914A9866A | Angie VIP Lounge |
| 06/24/2014 04:02:16 | 85824F61826256A4B313709DE2F1F5990AEDDCB2 | So Young |
| 06/24/2014 04:01:16 | C9255BEF6851F39C0879F3C65DC851CE9ADCA38F | Like The First Time |
| 06/24/2014 03:58:21 | 6660A99B1A6F10B61422A12BB291E574E8B88DF0 | Pretty Little Belle |
| 06/24/2014 03:55:44 | 41B2E0CAA9E915CF9A33F06CE658BAFF199C727F | Apartment in Madrid |
| 06/24/2014 03:48:25 | E3D0ECD62AC239734AF56342913472D0757B4E64 | Not Alone |
| 06/23/2014 13:07:47 | 6DC2C050EC96019E8070D2939783D31B274048E0 | Playing Dress Up |
| 06/23/2014 03:45:38 | 16411075DCA68C596FA436532AD5E4BC67C2980C | A Girl Like You |
| 06/23/2014 02:17:49 | A4497ECB9761980BA2629CA7C31C0A241F02AC30 | Erotic Stretching and Sex |
| 06/23/2014 00:29:00 | 36DB7D2F155C52CC554EDCAD080131775311C445 | Enchanting Real Orgasms |
| 06/22/2014 23:18:24 | 3C351343EB45F3E7FB7D06418545A8962D7E50F4 | My Naughty Girl |
| 06/22/2014 22:44:57 | BC595F75F5D2747F382B845C19F4D51CCCCB5A1F | All Tied Up |
| 06/22/2014 21:12:25 | 7E7D16627A1A48A7AFA7C241458C70E5AF24DEDD | Wonder Waltz |
| 06/22/2014 16:08:23 | 360103097682162BED6E1AF48A07B84BD0E5B7C6 | I Am In the Mood |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/22/2014 15:58:23 | 55476DB0F16D822FE4E53445C15669823FB3B57E | Double Tease |
| 06/22/2014 15:08:39 | 9B2D98987560366CA5F58EC444BC76A49A868BA1 | Meet My Lover From Austria |
| 06/22/2014 14:57:53 | C16CEAC38E0C09CC468B3FBA9ADAAA34B76D6FE4 | Oh Mia |
| 06/19/2014 06:23:09 | 2B1803E8645E8A4781CD5DFAECCE96607E3E0FBC | Sent from Heaven |
| 06/19/2014 06:19:20 | 8940E5B7A1398099BF53DA220CAE4A4DAF4D7400 | Names |
| 06/19/2014 04:26:38 | 7F026F98870E8811AE9CDE0FA1D9D2B2682E9FCD | Afternoon Snack |
| 06/19/2014 03:11:06 | CE182546909FB4A95FA7CC8CEDBA886F793FEAFE | Want You |
| 06/19/2014 02:50:11 | F36AC8C992E233BF0F5FE5860CB8757BC91074B8 | Together Again |
| 06/19/2014 02:28:25 | A2E114A536ECCA14F0C454D99E831239F2F8599F | Good Morning Baby |
| 06/19/2014 02:18:26 | 52E9D223A7165F84D9CCA39C6AAB77B798C8501D | New Romance |
| 06/19/2014 02:14:14 | FED0F655420554A5E9059D96E83B5CDC04DEA52F | Everlasting Friendship |
| 06/18/2014 11:19:48 | 2B8480CB79A535AF67A3F83433A328BAF17578D6 | Yeah Baby |
| 06/13/2014 04:19:14 | B7344FE1995C1E5DA04719E5E14763C616DF3F0D | Silver Bullets |
| 06/06/2014 15:17:07 | C79EB8FE14A136BA6F9E4369C069AD5936EB6708 | Feeling Frisky |
| 06/06/2014 06:12:20 | BCCC275FBAE8790EEE7FFBC0AA6F5DDAE94D4DEE | Late for Work |
| 06/06/2014 05:48:38 | 87C5D69B412CA4C7160CC4541F66CE28018B2E29 | Vacation Fantasy |
| 06/06/2014 05:31:57 | 09836F2F6303C9BA62F01DE3EB02D80D80790CFD | Tantric Massage |
| 06/06/2014 04:38:50 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 06/06/2014 01:51:09 | BB295FB3A87F01E7B7F2B37086705119D926A967 | Come To Me Now |
| 06/06/2014 01:50:55 | CB58BA4C0DDD8C4D0AC4499B6518214046A38E6D | Sex and Submission |
| 06/06/2014 00:53:56 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 06/06/2014 00:05:50 | 85E12154C5682384996C362A4F88F18E29252F5F | Submissive Seduction |
| 06/05/2014 23:34:46 | 84ABF3B1B881BF16E463DEE19669223AB87B562F | Sex With Glasses |
| 06/05/2014 23:28:38 | E78047F304EA7B1BE0A090AD6319FDC6288B3800 | Just Watch Part 2 |
| 06/05/2014 23:14:40 | 0A05FD57476DB076D85453C9C23FEF5794899100 | Perfect Timing |

EXHIBIT A

SOH135

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/05/2014 22:30:05 | E12E1C91E8E64F6521394E742BDC51189B9D1671 | Rendezvous |
| 06/05/2014 22:29:53 | A632A578F7401E1A9A7AE25DC66DC266C23FBFEE | Blindfold Me Baby |
| 06/05/2014 19:16:20 | 1AE2C5738D6957E318E36D366BBE2D7418ABD822 | Ready for Love |
| 06/04/2014 15:42:00 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |

**Total Statutory Claims Against Defendant: 76**

EXHIBIT A

SOH135